# United States District Court

District of Utah, Central Division

David Nicholls, et al.,

               Plaintiffs,

               v.

David Greaves, et al.,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:24-CV-412-AMA-CMR

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice as set forth in the Court's Order Denying Motion to Amend (ECF No. 57) and its earlier Order Granting Motion to Dismiss (ECF No. 47).

Dated: November 5, 2025.

By the Court:

Ann Marie McIff Allen
United States District Judge